# UNITED STATES DISTRICT COURT

for the

Souther District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.    19M6313          UNA |
| Justin Cordova | ) |
| _____ | ) |
| *Defendant* | ) |

### DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property  and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information*.  We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release*.  We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement*.  Unless the court orders otherwise, this agreement remains in effect during any appeal or other review  until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties*.  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture*.  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

*Release of Bond*, The court may order this appearance bond ended at anytime. This bond will be satisfied and the security will be released when either: (1) The defendant is found not guilty on all charges, or (2) The defendant reports to serve a sentence.

### Type of Bond

$ 50,000_____ PRB _2_ FRP ☐ ROR ☐ Unsecured ✓ ☐ Secured $_____ ☐ Bank Check or ☐ Property Regular Pretrial Supervision ☐ Drug Testing / treatment as directed ☐ Mental Health Assessment ✓ Home Curfew enforced by location monitoring ✓ ☐ Surrender all travel documents with no new application.

**Travel is restricted to the SDNY & EDNY**_____

**Additional Conditions:**

The defendant shall reside in family home and be subject to a curfew between 8:00pm - 7:00am

The defendant to surrender expired passport before release.

The defendant is to refrain from firearms and dangerous weapons.

The defendant is to seek/maintain employment or participate in an educational program

The defendant is remanded until all conditions are met.

### Defendant's Agreement

I, Justin Cordova_____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

(X) to appear for court proceedings;

(X) if convicted, to surrender to serve a sentence that the court may impose;or

(X) to comply with all conditions set forth in the Order Setting Conditions of Release.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 7/9/19        X _Justin Cordova_
*Defendant's signature*

Defendant's address and telephone number: 7 Crikhi Ln nanet ny 10954 845-356-4154

_Servnndo Cordova_
Surety/ Property Owner - printed name

_Servondo cordova 7/9/19_
Surety/ Property Owner - signature and date

845 721 5431
Surety/ Property Owner - signature and date

_Amadeo Cordova_
Surety/ Property Owner - printed name

_Amadeo Cordova D. 7/9/19_
Surety/ Property Owner - signature and date

845 721 9464
Surety/ Property Owner - printed name

Surety/ Property Owner - signature and date

Sworn and signed before me. **Defendant Only**

*CLERK OF COURT*

Date: _____

Frank Cangelosi
_____
*Signature of Clerk or Deputy Clerk*

Approved.
Date: 7/8/19

PED
_____
*Judge's signature*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  **Justin Cordova**                          19MJ6313                          CS

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____  7/9/19
_Defendant's Signature_

White plains  NY
_City and State_

## Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

( ✓ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____7/8/2019_____        _____
                                                                    **PED**
                                                        _Judicial Officer's Signature_

                                        **Hon. Paul E. Davison, USMJ**
                                        _Printed name and title_

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL